Matter of Heller

2026 NY Slip Op 02590

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

MATTER OF FRANKLIN WILLIAM HELLER, AN ATTORNEY, RESIGNOR.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

&mdash;

Present: Curran, J.P., Bannister, Montour, Greenwood, And Hannah, JJ. (Filed Apr. 21, 2026.)

[*1]

MEMORANDUM AND ORDER

Application to resign for non-disciplinary reasons accepted and name removed from roll of attorneys.